UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SUNDIATA EVANS,

                      Plaintiff,

       -against-

SUFFOLK COUNTY RIVERHEAD SHERIFF
DEPT., SUFFOLK COUNTY CORRECTIONAL
FACILITY,

                   Defendants.
----------------------------------------------------------X

**ORDER**
14-CV-6404(SJF)(AKT)

FEUERSTEIN, District Judge:

By Order dated January 23, 2015 ("the Order"), the undersigned granted the application by *pro se* plaintiff Sundiata Evans ("plaintiff") to proceed *in forma pauperis* and dismissed the complaint with prejudice unless plaintiff filed an amended complaint in accordance with the guidance set forth in the Order within thirty (30) days therefrom. To date, plaintiff has not filed an amended complaint nor has the plaintiff otherwise communicated with the Court.

Accordingly, plaintiff's complaint is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is directed to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

**SO ORDERED.**

s/ Sandra J. Feuerstein

_____
Sandra J. Feuerstein
United States District Judge

Dated: April 3, 2015
       Central Islip, New York